UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAVE MART SUPERMARKETS LLC d/b/a FOODMAXX, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.:  4:22-cv-08234-JSW<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br><br><br>Complaint filed:   December 12, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the absent putative class members.  Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

　　**IT IS SO ORDERED.**

DATED: __June 26__, 2023　　　By: _____*Jeffrey S. White*_____
　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　　United States District Judge

---

1

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 4:22-cv-08234-JSW